FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Luerenzia Triggs**　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Luerenzia Triggs** | S.S.# **xxx-xx-9164** |
| | (W) | S.S.# |
| ADDRESS: | **56 Briarcliff** | |
| | **Jackson, TN 38301** | |

PLAN PAYMENT: Debtor(s) to pay $ **225.00** (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:　　　　　　　　OR ( **x** ) DIRECT PAY

BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Wells Fargo Home Mortgage**　Ongoing pmt. Begin **Paid directly by debtor**　$ **CURRENT**
　　　　　　　　　　　　　　　　Approx. arrearage **0.00**　　Interest **0.00** %　$ **0.00**

SECURED CREDITORS;　　　　　　VALUE　　　　　　RATE OF　　　　　MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})　COLLATERAL　　　INTEREST　　　PLAN PMT.

| | | | | |
|---|---|---|---|---|
| **Regions Bank** | $ **6,000.00** | **6.00** % | $ | **125.00** |
| **Western Finance** | $ **1,000.00** | **6.00** % | $ | **25.00** |

**Trustee is authorized to pay $31.25 as adequate protection to Regions Bank.**

**Trustee is authorized to pay $10.00 as adequate protection to Western Finance.**

UNSECURED CREDITORS:　Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$31,969.00**

TERMINATION:　Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:　**Michael T. Tabor**
　　　　　　　　　　　**Attorney At Law**
　　　　　　　　　　　**203 S Shannon St.**
　　　　　　　　　　　**PO Box 2877**
　　　　　　　　　　　**Jackson, TN 38302**
　　　　　　　　　　　**731-424-3074**